...

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MAE THOMPSON, | No. 2:13-cv-1869-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| C&H SUGAR COMPANY, INC., | |
| Defendant. | |

  On March 3, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

  The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

  Accordingly, IT IS ORDERED that:

  1. The proposed Findings and Recommendations filed March 3, 2015, are ADOPTED;

  2. Defendant's motion to dismiss, ECF No. 12, is granted;

  3. Plaintiff's claims for violation of the 2009 and 2012 collective bargaining agreements are dismissed without leave to amend;

  4. Plaintiff's claims for violation of the 2006 for failure to pay a $100 monthly benefit credit are dismissed without leave to amend;

     5.  Any other claim for violation of the 2006 agreement are dismissed with leave to amend; and

     6.  Plaintiff is granted thirty days from the date of service of this order to file a first amended compliant as provided herein. The first amended complaint must bear the docket number assigned to this case and must be labeled "First Amended Complaint." Failure to timely file an amended complaint will result in a recommendation that this action be dismissed for failure to prosecution under Rule 41(b).

Dated:  March 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT