UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MAE THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C&H SUGAR COMPANY, INC.,<br><br>　　　　　Defendant. | No. 2:13-cv-1869-MCE-EFB PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　This action, in which plaintiff is proceeding in propria persona, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  On March 30, 2015, the assigned district judge adopted this court's March 3, 2015 findings and recommendations.  That order dismissed plaintiff's original complaint with leave to amend as to certain claims.  The order gave plaintiff thirty days to file an amended complaint and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.  ECF No. 19.

　　　　The deadline has passed and plaintiff has not filed an amended complaint or otherwise responded to the order.

/////

/////

/////

1

1       Accordingly, it is hereby RECOMMENDED that this action be dismissed, and that the
2  Clerk be directed to close this case. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.
3       These findings and recommendations are submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
5  after being served with these findings and recommendations, plaintiff may file written
6  objections with the court. Such a document should be captioned "Objections to Magistrate
7  Judge's Findings and Recommendations." Failure to file objections within the specified time
8  may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455
9  (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated: May 18, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2